# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2025
```

April 23, 2025

> The parties are reminded that they must state a reason(s) for their request in future Letter Motions.

**VIA ECF**

**APPLICATION GRANTED**

*Katharine H. Parker*   4/25/2025
Hon. Katharine H. Parker, U.S.M.J.

Honorable Katharine H. Parker
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Reyes v. Commissioner of Social Security*
              Civil Action No. 1:25-cv-00681-KHP

Dear Judge Parker,

    We write on behalf of plaintiff, Jose A. Reyes, and with the consent of the defendant, to request additional time to file plaintiff's motion for judgment on the pleadings which is due on April 30, 2025 per the Court's January 24, 2025 Standing Scheduling Order. This is the parties' first request for an extension.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

    a.  Plaintiff to file his motion for judgment on the pleadings on or before **July 14, 2025**;

    b.  Defendant to file its response/cross-motion on or before **September 29, 2025**; and

    c.  Plaintiff to file his reply (if any) on or before **October 13, 2025**.

Honorable Katharine H. Parker
April 23, 2025
Page Two

       Thank you for your consideration of this request.

                                                          Respectfully submitted,

                                                         s/Daniel A. Osborn
                                                         Daniel A. Osborn
                                                         OSBORN LAW, P.C.
                                                         43 West 43rd Street, Suite 131
                                                          New York, New York 10036
                                                         Telephone:   212-725-9800
                                                          Facsimile:    212-500-5115
                                                          dosborn@osbornlawpc.com

cc: Karen G. Fiszer, Esq. (by ECF)