**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JOSE A. REYES,

                         Plaintiff,

        -against-                                    25 **CIVIL** 0681 (KHP)

                                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 18, 2026, the Plaintiff's motion for judgment on the pleadings is DENIED, the Commissioner's motion for judgment on the pleadings is GRANTED, the Commissioner's decision is affirmed, and the action is hereby DISMISSED.

**Dated:** New York, New York

       February 24, 2026

                                             TAMMI M. HELLWIG
                                         _____
                                           Clerk of Court

                       BY:                      _____
                                             Deputy Clerk